# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY E. RAUSCH,<br><br>Defendant. | PO-19-05076-GF-JTJ<br><br>VIOLATION:<br>7353984<br>Location Code: M13<br><br>ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 7353984 (for a total of $80), and for good cause shown,

IT IS ORDERED that the $80 fine ($50 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353984.

IT IS FURTHER ORDERED that the bench warrant issued on or about August 13, 2019 is QUASHED.

DATED this 27th day of September, 2019.

_____
John Johnston
United States Magistrate Judge